McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-04-378-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION TO MODIFICATION OF |
| v. | ) | CONDITIONS OF RELEASE AND |
| | ) | ORDER |
| OSBALDO RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Osbaldo Ramirez, through his attorney Tim Gomes, as follows:

Defendant Osbaldo Ramirez was charged in a complaint filed September 21, 2004 with conspiring to distribute and possessing with intent to distribute at least 50 grams of methamphetamine.  On October 6, 2004, an indictment was filed charging Ramirez with Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§846 and 841(a)(1), and Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §841(a)(1).  The maximum statutory term of imprisonment for the charges in both the complaint and the indictment are life.

1

1    On September 29, 2004, Ramirez was ordered released by U.S.
2 Magistrate Judge Gregory G. Hollows on an $80,000 secured bond.
3 Since that time, undersigned counsel have not been made aware of any
4 violations by Ramirez of the conditions of his pretrial release, and
5 he has been present for all court appearances.
6    On February 20, 2007, Ramirez entered a plea of guilty to a
7 superseding information charging Misprision of a Felony, which has a
8 statutory maximum term of imprisonment of three years.  In the
9 written plea agreement with Ramirez, the United States agreed to
10 move at the time of sentencing on the misprision conviction to
11 dismiss the charges in the indictment against Ramirez.  Sentencing
12 is scheduled for May 1, 2007.
13    The parties now agree that given the change in circumstances
14 and Ramirez's record of compliance with the conditions of pretrial
15 release, the condition requiring a secured bond should be modified
16 to require an unsecured $80,000 bond, with all other conditions
17 remaining in effect.

Respectfully submitted,

Dated: April 17, 2007         /s/Tim Gomes
                              TIM GOMES
                              Attorney for Defendant
                              OSBALDO RAMIREZ
                              By PAT per email authorization


                              McGREGOR W. SCOTT
                              United States Attorney

Dated: April 17, 2007         /s/Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

2

**ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT:

The conditions of pretrial release of defendant Osbaldo Ramirez are modified as follows: the requirement of a secured appearance bond in the amount of $80,000 is modified to require an unsecured bond in the amount of $80,000.

All other conditions of release are to remain in effect without modification.

DATED: April 18, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/ramirez0378.stipord