```
TIMOTHY GOMES (168140)
LAW OFFICE OF TIMOTHY GOMES
877 Bryant Street, Ste. 210
San Francisco, California 94103
(415) 626-8100
```

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | No. 2:04-cr-00378-MCE |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR RECONVEYANCE OF PROPERTY |
| OSBALDO RAMIREZ, | |
| Defendant, | |

IT SHALL BE ORDERED, that the Clerk of the United States District Court, Eastern District of California, reconvey the property located at 2712 Donovan Court, Live Oak, California to Leonor Ramirez and Ramon Ramirez. The Clerk of the United States District Court, Eastern District of California, shall reconvey the above property pursuant to Stipulation and Order executed on April 18, 2007.

Dated: August 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE